IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RICHARD RICARDO SLATER,

        Plaintiff

VS.

DERRICK HENDERSON, *et al.*,

        Defendants

NO. 5: 05-CV-152 (CWH)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## O R D E R

On October 28, 2005, plaintiff RICHARD RICARDO SLATER filed a motion seeking reconsideration of the order (Tab #15) of the undersigned denying his MOTION(S) FOR APPOINTMENT OF COUNSEL (Tabs #13 and #14).  Tab #16.  Subsequent thereto, all parties consented for this proceeding to be handled by the undersigned pursuant to 28 U.S.C. §636(c)(1).  Defendants Derrick Henderson, Billy Johnson, and Joseph Whitehead have filed a response to plaintiff's MOTION FOR RECONSIDERATION.  Tab #27.

Upon reconsideration of plaintiff's motion seeking appointment of counsel, the court declines to appoint counsel at this time for the reasons heretofore given.  However, counsel for the defendants are directed to remind Bibb County Law Enforcement Center personnel that henceforth they should and must afford plaintiff SLATER the same opportunity to conduct legal research in the jail library as afforded other prisoners.

SO ORDERED AND DIRECTED, this 29th day of NOVEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE