IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICHARD RICARDO SLATER,<br><br>       Plaintiff<br><br>  VS.<br><br>DERRICK HENDERSON, *et al.*,<br><br>       Defendants | NO. 5: 05-CV-152 (CWH)<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## ORDER DISMISSING DEFENDANT TRICE

On November 3, 2005, defendant TONY TRICE filed a MOTION TO DISMISS and a brief in support thereof. Tabs #18 and #19. On November 11, 2005, the Court directed plaintiff to file a response to defendant Trice's motion. Tab #22. Thereafter, on November 15, 2005, Plaintiff filed a motion seeking, *inter alia*, an extension of time in which to file his response to the Court's order. Tab #24. On November 29, 2005, the Court granted plaintiff an extension to December 20, 2005, to file his response. Tab #30. To date, however, plaintiff has failed to file a response.

Accordingly, IT IS ORDERED that defendant Trice's motion be **GRANTED** as UNOPPOSED and because plaintiff has failed to comply with the court's order requiring him to file a response. Defendant TONY TRICE is hereby **DISMISSED** from the action. The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the LAST ADDRESS provided by him.

SO ORDERED, this 13th day of JANUARY, 2006.



                    CLAUDE W. HICKS, JR.
                    UNITED STATES MAGISTRATE JUDGE