IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICHARD RICARDO SLATER,<br><br>Plaintiff<br><br>VS.<br><br>DERRICK HENDERSON, *et al.*,<br><br>Defendants | NO. 5: 05-CV-152 (CWH)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

On August 3, 2005, the undersigned recommended dismissal of defendants C. ALAN WHEELER and BIBB COUNTY, GEORGIA. Tab #5. Subsequent thereto, but before the recommendation could be considered by the district judge assigned to the case, the parties consented for the undersigned to handle this proceeding. In order to clarify and clear the record, the undersigned hereby DISMISSES defendants WHEELER and BIBB COUNTY, GEORGIA from this proceeding for the reasons set forth in the Recommendation.

SO ORDERED AND DIRECTED, this 1st day of MAY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE