IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICHARD RICARDO SLATER,<br><br>                   Plaintiff<br><br>VS.<br><br>DERRICK HENDERSON, *et al.*,<br><br>                   Defendants | NO. 5: 05-CV-152 (CWH)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## O R D E R

Before the court is the plaintiff's MOTION TO COMPEL discovery (Tab #41) and the defendants' RESPONSE to that motion (Tab #45) to which exhibits are attached. The plaintiff's motion asserts that some of the defendants have inadequately responded to discovery requests. The defendants' Response (1) supplements answers that were incomplete where possible;[1] (2) properly authenticates documents where necessary and possible; and (3) asserts that defendant Henderson mailed a color copy of the requested picture to the plaintiff. In light of the foregoing, it appears that all aspects of the plaintiff's motion to compel have been satisfied.

The plaintiff makes a second request in his Motion to Compel, praying for additional time to file his Response to the defendants' Motion for Summary Judgment (Tab #11). On May 8th, the plaintiff filed his Response to that Motion. Tab #44.

Accordingly both of the plaintiff's motions contained in Tab #41 are moot and DENIED as such.

SO ORDERED AND DIRECTED, this 19th day of MAY, 2006.



                                                CLAUDE W. HICKS, JR.
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The defendants note that Defendant Whitehead passed away on March 23, 2006, before the plaintiff filed the instant Motion.